

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00184-CV

_____

**TRADING FAIR IV, INC., DR. HARDAM S.
AZAD, INDIVIDUALLY, AND MANOHAR S.
MANN, INDIVIDUALLY,**

          **Appellants**

 **v.**

**FH PARTNERS, LLC,**

          **Appellee**

_____

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2012-28-4**

_____

## MEMORANDUM  OPINION

_____

The parties have filed an agreed motion to dismiss this appeal in which they ask this Court to vacate the trial court's judgment and dismiss the case. The parties have reached an agreement to settle their differences in the underlying proceeding.

We grant the motion to dismiss. The trial court's agreed judgment dated March 1, 2012 is vacated, and the case is dismissed. *See Young Materials Corp. v. Smith*, 4 S.W.3d 84, 84 (Tex. App.—Waco 1999, no pet.); TEX. R. APP. P. 42.1(a); 43.2(e).

As agreed by the parties, costs are taxed against the party incurring the same.

TEX. R. APP. P. 42.1(d).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Trial court judgment vacated, case dismissed
Opinion delivered and filed September 20, 2012
[CV06]